# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2011

Robert P. Young, Jr.,
Chief Justice

142215

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

DONNY HELENE KORDA,
        Plaintiff-Appellant,

v

SC: 142215
COA: 290920
Oakland CC: 2008-089483-CH

OAKLAND COUNTY SHERIFF and
MATTHEW J. CHODAK,
        Defendants-Appellees.

_____/

       On order of the Court, the application for leave to appeal the August 12, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2011

Clerk

p0418